UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERRELL LAMONT GILCHRIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00652-LSC-NAD |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation (Doc. 38) on June 13, 2023, recommending that the court grant the United States' and the individual defendants' motions to dismiss (Docs. 29, 30, 32). Although the parties were advised of their right to file objections within 14 days, that time has expired with no objections having been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court shall **ORDER** (1) that the United States' motion to dismiss (Doc. 29) be **GRANTED** and the plaintiff's claims against the United States be **DISMISSED WITHOUT PREJUDICE**, and (2) that the individual defendants' motions to

dismiss (Docs. 30, 32) be **GRANTED** and the plaintiff's claims against the individual defendants be **DISMISSED WITH PREJUDICE**.

A Final Judgment will be entered.

**DONE** and **ORDERED** on July 13, 2023.

_____
L. Scott Coogler
United States District Judge

160704